**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.** | |
| Plaintiff, | Civil Action No. |
| v. | **JURY TRIAL DEMANDED** |
| **HOLOGIC, INC.,** | |
| Defendant. | |

**COMPLAINT**

Plaintiff Enzo Life Sciences, Inc. ("Enzo"), for its Complaint against Defendant Hologic, Inc. ("Hologic") hereby alleges as follows:

**PARTIES**

1. Plaintiff Enzo is a New York corporation with its principal place of business at 10 Executive Boulevard, Farmingdale, NY 11735.

2. Defendant Hologic is a Delaware corporation with its principal place of business at 35 Crosby Drive, Bedford, MA 01730.

**NATURE OF THE ACTION**

3. This is a civil action for infringement of United States Patent Nos. 6,992,180 ("the '180 Patent") and 7,064,197 ("the '197 Patent") (collectively, "the Patents-In-Suit") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

**JURISDICTION AND VENUE**

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Hologic because, among other things, Hologic has committed, aided, abetted, contributed to, and/or participated in the commission of patent infringement in this judicial district and elsewhere that led to foreseeable harm and injury to Enzo. Moreover, Hologic is a Delaware corporation which, having availed itself of Delaware's corporate laws, is subject to personal jurisdiction in Delaware.

6. This Court also has personal jurisdiction over Hologic because, among other things, Hologic has established minimum contacts within the forum such that the exercise of jurisdiction over Hologic will not offend traditional notions of fair play and substantial justice. Moreover, Hologic has placed products that practice the claimed inventions of the Patents-In-Suit into the stream of commerce with the reasonable expectation and/or knowledge that purchasers and users of such products were located within this District. Hologic has sold, advertised, marketed, and distributed products in this District that practice the claimed inventions of the Patents-In-Suit.

7. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## THE PATENTS-IN-SUIT

8. United States Patent No. 6,992,180, entitled "Oligo- Or Polynucleotides Comprising Phosphate-Moiety Labeled Nucleotides," was duly and legally issued by the United States Patent and Trademark Office on January 31, 2006. A copy of the '180 Patent is attached hereto as Exhibit A.

9. Enzo is the assignee of the '180 Patent and has the right to sue and recover damages for any current or past infringement of the '180 Patent.

10. United States Patent No. 7,064,197, entitled "System, Array And Non-Porous Solid Support Comprising Fixed Or Immobilized Nucleic Acids," was duly and legally issued by

the United States Patent and Trademark Office on June 20, 2006. A copy of the '197 Patent is attached hereto as Exhibit B.

11. Enzo is the assignee of the '197 Patent and has the right to sue and recover damages for any current or past infringement of the '197 Patent.

## COUNT I

### Infringement Of The '180 Patent

12. Paragraphs 1 through 11 are incorporated by reference as if fully stated herein.

13. Hologic, either alone or in conjunction with others, has infringed and continues to infringe, one or more claims of the '180 Patent under 35 U.S.C. § 271, either literally and/or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States certain nucleic acid assay products (collectively, "the '180 Accused Products"), including without limitation:

   a. All Procleix Parvo/HAV Assays; and

   b. All Coagulation products, including without limitation Invader Factor II test, Invader Factor V test, Invader MTHFR 677 test, Invader MTHFR 1298 test, and Analyte Specific Reagent versions of the Coagulation products.

14. Hologic has had knowledge and notice of the '180 Patent since at least March 6, 2012 through a patent infringement complaint filed by Enzo against Hologic. Hologic has had knowledge and notice of its infringement of the '180 Patent in connection with the Coagulation products, Analyte Specific Reagent versions of the Coagulation products, and Procleix Parvo/HAV Assays since at least March 27, 2015 through a letter dated March 26, 2015 from Enzo to Hologic.

15. Hologic has induced infringement, and continues to induce infringement, of one or more claims of the '180 Patent under 35 U.S.C. § 271(b). Hologic actively, knowingly, and intentionally induced, and continues to actively, knowingly, and intentionally induce, infringement of the '180 Patent by selling or otherwise supplying the '180 Accused Products; with the knowledge and intent that third parties will use the '180 Accused Products supplied by Hologic to infringe the '180 Patent; and with the knowledge and intent to encourage and facilitate the infringement through the dissemination of the '180 Accused Products and/or the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the '180 Accused Products.

16. Enzo has been and continues to be damaged by Hologic's infringement of the '180 Patent.

17. Hologic's infringement of the '180 Patent was, and continues to be, willful.

18. Hologic's conduct in infringing the '180 Patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

## COUNT II

### Infringement Of The '197 Patent

19. Paragraphs 1 through 18 are incorporated by reference as if fully stated herein.

20. Hologic, either alone or in conjunction with others, has infringed and continues to infringe, one or more claims of the '197 Patent under 35 U.S.C. § 271, either literally and/or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States certain nucleic acid assay products (collectively, "the '197 Accused Products"), including without limitation all products based upon target capture technology, for example and without limitation:

    a. all PROGENSA® PCA3 products using target capture technology, including without limitation PROGENSA® PCA3 Assays;

    b. all APTIMA® products using target capture technology, including without limitation APTIMA® Combo 2 assays, APTIMA® CT assays, APTIMA® GC assays, APTIMA® Trichomonas vaginalis assays, APTIMA® HPV assays, APTIMA® HCV assays, APTIMA® HCV Qualitative RNA assays, and APTIMA® HIV-1 Qualitative RNA assays; and

    c. all PROCLEIX® products using target capture technology, including without limitation PROCLEIX®HIV-1/HCV assays, PROCLEIX® WNV (West Nile Virus) assays, PROCLEIX® ULTRIO® assays, and PROCLEIX® ULTRIO PLUS® assays.

21. Hologic has had knowledge and notice of the '197 Patent and its infringement of that patent since at least March 27, 2015 through a letter dated March 26, 2015 from Enzo to Hologic.

22. Hologic has induced infringement, and continues to induce infringement, of one or more claims of the '197 Patent under 35 U.S.C. § 271(b). Hologic actively, knowingly, and intentionally induced, and continues to actively, knowingly, and intentionally induce, infringement of the '197 Patent by selling or otherwise supplying the '197 Accused Products; with the knowledge and intent that third parties will use the '197 Accused Products supplied by Hologic to infringe the '197 Patent; and with the knowledge and intent to encourage and facilitate the infringement through the dissemination of the '197 Accused Products and/or the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information related to the '197 Accused Products.

23. Enzo has been and continues to be damaged by Hologic's infringement of the '197 Patent.

24. Hologic's infringement of the '197 Patent was, and continues to be, willful.

25. Hologic's conduct in infringing the '197 Patent renders this case exceptional within the meaning of 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Enzo respectfully requests that this Court enter judgment against Hologic as follows:

A. That Hologic has infringed the Patents-In-Suit;

B. That Hologic's infringement of the Patents-In-Suit has been willful;

C. That Enzo be awarded damages adequate to compensate it for Hologic's past infringement and any continuing or future infringement up until the date such judgment is entered, including interest, costs, and disbursements as justified under 35 U.S.C. § 284 and, if necessary to adequately compensate Enzo for Hologic's infringement, an accounting, and that such damages be trebled based on Hologic's willful infringement;

D. That this case be declared an exceptional case within the meaning of 35 U.S.C. § 285;

E. A preliminary and permanent injunction preventing Hologic, and those in active concert or participation with Hologic, from directly and/or indirectly infringing the Patents-In-Suit;

F. A judgment requiring that, in the event a permanent injunction preventing future acts of infringement is not granted, Enzo be awarded a compulsory ongoing licensing fee; and

  G. That Enzo be awarded such other and further relief at law or equity as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff Enzo hereby demands a trial by jury on all claims and issues so triable.

| | |
|---|---|
| DATED: March 27, 2015 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| John M. Desmarais | /s/ Brian E. Farnan |
| Michael P. Stadnick | Brian E. Farnan (Bar No. 4089) |
| Jordan N. Malz | Michael J. Farnan (Bar No. 5165) |
| Justin P.D. Wilcox | 919 North Market Street, 12th Floor |
| Peter C. Magic | Wilmington, DE 19801 |
| Jessica A. Martinez | (302) 777-0300 |
| DESMARAIS LLP | (302) 777-0301 |
| 230 Park Avenue | bfarnan@farnanlaw.com |
| New York, NY 10169 | mfarnan@farnanlaw.com |
| (212) 351-3400 (Tel) | |
| (212) 351-3401 (Fax) | |
| jdesmarais@desmaraisllp.com | |
| mstadnick@desmaraisllp.com | |
| jwilcox@desmaraisllp.com | |
| jmalz@desmaraisllp.com | |
| pmagic@desmaraisllp.com | |
| jmartinez@desmaraisllp.com | *Counsel for Plaintiff* |